

FILED
MAR 3 - 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

William Thomas Coats
(Name of Plaintiff)
P.O. Box 600    F-97267
(Address of Plaintiff)
Tracy, CA. 95378-0600

2:08CV 476 LEW-GGHP
(Case Number)

vs.

Sheriff's Dept - John Mcquiness
Sacramento County, Calif.
651 I Street
Sacramento, CA. 95814-2400
(Names of Defendants)
Deputy Carlos Cabrerra, Sheriff John Mcquiness, Deputy Jarred Hailey

COMPLAINT

Assault And Battery
By a peace officer.

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983                    Rev'd 3/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☒ Yes   ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant CARlos CAbrerra is employed as Deputy Sheriff at Sacramento County Main Jail

   B. Additional defendants Deputy Sheriff Jarred Hailey And Sheriff John McGuiness

4

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Sheriff John McGuiness the civil incident occurred at his County Main Jail on August 29, 2007 at approx. 1000 Hours I was attacked and manually strangled and choked to the point of unconsciousness and or death at the hands of Deputy Carlos Cabrerra in full view and with complete complicity of Deputy Sheriff Jarred Hailey who stood idly bye as this vicious attack took place upon my person in cell 4E10 as I lay in bed in my cell 5v3 sequently both Deputies attacked my cellmate Derrick Cezar. (I also have 3 other eye witnesses)

V. Relief:

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(1.) To punish Deputy Carlos Cabrerra and make him have to face charges and be convicted just like I was I don't feel with his volatile personality he should be allowed to remain a Sacramento County Deputy Sheriff.

(2.) I am looking for monetary damages compensatory and punitive to be at least 1.5 million dollars or an amount to be determined by a jury.

Signed this 17 day of January, 2008

_____William T. Coats_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-17-2008                                William T. Coats
(Date)                                   (Signature of Plaintiff)

5

2. Court (if Federal Court, give name of District; if State Court, give name of County) **Sacramento County Federal Court Eastern District**

3. Docket Number **UNKNOW**

4. Name of judge to whom case was assigned **UNKNOWN**

5. Disposition (For example: Was the case dismissed? Was it appealed? (Is it still pending?))

6. Approximate date of filing lawsuit **November 2007**

7. Approximate date of disposition **UNKNOWN**

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

    If your answer is no, explain why not _____

C. Is the grievance process completed?  ☑ Yes  ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant **Deputy Cabrerra** is employed as **Sacramento County Deputy Sheriff** at **Sacramento County Main Jail**

B. Additional defendants **Deputy Heikey (witness)/Defendant Sheriff John McQuinness Sacramento County Main Jail**

7

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON August 29, 2007 APProx. 1000 Hours Deputy CABrerra and Deputy Hailey Entered my Jail cell (4East 100 pod 'cell 10') IN A very Agressive manner as I Rolled over my cell Bed To see This I was Suddenly and violently Attacked and Manually Strangled By Deputy CABrerra. I was choked so violently I Almost passed out. I Felt At The Time As Though He may Have Tried To kill me. I was Terrified And I still am. I've suffered Severe Neck and Shoulder Injuries That I Suffer From To (10-24-07) Deputy Hailey witnessed The

V. Relief. Entire Attack. (Assault on my person)

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compensatory, medical (ongoing) now and Future punitive Damages Against The Sacramento County Sheriff's Dept. (Sheriff John McGinness) and Employee Deputy CABrerra. 4th Floor officer main Jail

Signed this 24 day of October, 2007.

william Coats
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10-24-07
(Date)

william Coats
(Signature of Plaintiff)

8

## UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF CALIFORNIA

William Thomas Coats
"In Pro Per"
Petitioner,

V. Sheriff John Mcquiness
Deputy Carlos Cabrerra
Deputy Jarred Hailey
Respondent.

CASE NO. _____

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

1. Civil Cover Sheet
1 Civil Rights Act under USC 42 § 1983
1 Informa Pauperis pursuant to 28 USC § 1915

**PARTIES SERVED:**

Sheriff John Mcquiness  Deputy Sheriff Carlos Cabrerra
Deputy Sheriff Jarred Hailey
Sacramento County Main Jail
651 I Street
Sacramento, CA. 95814-2400

I declare under penalty of perjury the above statements are true and correct. This document executed on the __17__ Day of __January__ 200_8_, in the city of Tracy, San Joaquin County, California. By: _William T. Coats_

SIGNED: _William T. Coats_