IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                No. CIV S-08-0476 JAM GGH P

    vs.

JOHN McGUINESS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

        On May 29, 2008 and June 1, 2008, plaintiff filed requests for a court-appointed investigator.  The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  <u>Tedder v. Odel</u>, 890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the expenditure of public funds for investigators.  <u>See</u> 28 U.S.C. § 1915.

/////

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for a court

2   appointed investigator (Docket #17 and #25) filed May 29, 2008 and June 1, 2008 are denied.

3   DATED: 07/16/08

4                                              /s/ Gregory G. Hollows

5                                              _____
                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

6   GGH:ja
    coat0476.31(2)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                               2