IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

     Plaintiff,                     No. CIV S-08-0476 JAM GGH P

     vs.

JOHN McGUINESS, et al.,

     Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 16, 2008, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on May 29, 2008, June 2, 2008, and June 11, 2008. All requests were denied. In light of those orders, plaintiff's July 16, 2008, motion is denied.

        On July 23, 2008, plaintiff filed a motion for appointment of a paralegal. The court does not have the authority to appoint a paralegal. Accordingly, this motion is denied.

        On July 16, 2008, plaintiff filed a motion to amend his complaint to include additional exhibits. Attached to the motion are exhibits. Plaintiff did not file a proposed amended complaint. Local Rule 15-220 requires that all complaints be complete without reference to other documents. Because plaintiff's motion does not include a proposed amended complaint, the motion to amend is denied. Plaintiff is informed that he is not required to submit

1

evidence in support of his claims at this time.

On July 22, 2008, plaintiff filed a motion requesting that defendants produce an audiotape. On July 31, 2008, defendants filed an opposition to this motion. Defendants observe that plaintiff did not first request the audiotape in a proper discovery request. On this ground, the motion is denied.[1]

IT IS HEREBY ORDERED that:

1. Plaintiff's July 16, 2008 motion for the appointment of counsel (#32) is denied;

2. Plaintiff's motion to amend (#30) is denied;

3. Plaintiff's motion for appointment of a paralegal (#35) is denied;

4. Plaintiff's motion for production of audiotapes (#34) is denied.

DATED: 08/11/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
coat0476.31.thr

---

[1] Defendants also state that plaintiff failed to meet and confer before making this request. The July 17, 2008, discovery order provide that Local Rule 37-251, which sets forth the meet and confer requirement, does not apply.

2