IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                   No. CIV S-08-0476 JAM GGH P

   vs.

JOHN McGUINESS, et al.,

    Defendant.                <u>ORDER</u>

_____/

        On July 31, 2008, plaintiff filed a motion for the appointment of an outside doctor to examine his injuries allegedly caused by defendants. The court construes this as a request for a court appointed expert. Fed. R. Evid. 706. The court does not find appointment of an expert is warranted at this time.

        On August 19, 2008, plaintiff filed a motion for leave to file an amended complaint. Plaintiff requests that he be allowed to amend his complaint to include additional exhibits. Plaintiff did not file a proposed amended complaint.

        On August 11, 2008, the court denied plaintiff's motion to amend his complaint to include additional exhibits. For the reasons stated in the August 11, 2008, order, plaintiff's August 19, 2008, motion to amend is denied. Plaintiff is again informed that he is not required to submit evidence in support of his claim at this time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 31, 2008, motion for appointment of a doctor (# 38) is denied;

2. Plaintiff's August 19, 2008, motion to amend (# 44) is denied.

DATED: 09/09/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

coat476.ord