IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                    No. CIV S-08-0476-JAM-GGH P

    vs.

JOHN MCGUINESS, et al.,

    Defendants.               ORDER

_____/

        On August 26, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed August 11, 2008, denying the motion to appoint counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 11, 2008 (Docket #40), is affirmed.

DATED: October 6, 2008

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE