IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                    No. CIV S-08-0476 JAM GGH P

    vs.

JOHN McGUINESS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On September 23, 2008, plaintiff filed a motion requesting that the court order defendants to assist plaintiff in contacting his inmate witnesses. While plaintiff may engage in discovery which may lead to the discovery of the location of his witnesses, defendants are not obligated to assist plaintiff in contacting his witnesses.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 23, 2008, motion for defendants to assist him in contacting his witnesses (# 52) is denied.

DATED: 10/27/08

                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

coats.ord