1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 WILLIAM THOMAS COATS,
11        Plaintiff,                No. CIV S-08-0476 JAM GGH P
12    vs.
13 JOHN McGUINESS, et al.,
14        Defendants.               <u>ORDER</u>
15 _____/
16        On March 9, 2009, plaintiff filed a motion for sanctions against defendants for
their failure to comply with "rules of court in granting plaintiff access to discovery." On March
20, 2009, defendants filed an opposition to this motion.
        Plaintiff alleges that Deputy Sheriff Griem was the lead investigator for internal
affairs. Plaintiff alleges that Deputy Sheriff Griem possesses "relevant and crucial work product"
that he needs to pursue the prosecution of this action.
        Defendants oppose plaintiff's motion on grounds that the motion fails to state the
discovery plaintiff requested that he allegedly did not receive. Defendants state that the only
discovery served by plaintiff in this action has been interrogatories, which do not require the

production of documents.[1]

The court cannot determine what discovery plaintiff alleges defendants failed to produce. For this reason, the motion is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 9, 2009, motion for sanctions (no. 64) is denied.

DATED: March 24, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

co476.den

---

[1] Defendants also object that plaintiff failed to meet and confer as required by Local Rule 37-251. The Discovery Order filed July 17, 2008, provides that Local Rule 37-251 does not apply in this action.