IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                            No. CIV S-08-0476 JAM GGH P

    vs.

JOHN McGUINESS, et al.,

    Defendants.                <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On October 27, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendants have filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed October 27, 2009 are adopted in full; and

4     2. Defendants' August 11, 2009 summary judgment motion (Docket No. 79) is denied.

DATED: February 19, 2010

                                    /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE