IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                    No. CIV S-08-476 JAM GGH P

    vs.

JOHN McGUINESS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On February 22, 2010, defendants' summary judgment motion was denied. Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for April 30, 2010; plaintiff shall file his pretrial statement on or before April 9, 2010; defendants shall file their pretrial statement on or before April 23, 2010;

        2. Jury trial is set for June 21, 2010, at 9:00 a.m. before the Honorable John A. Mendez.

DATED: February 25, 2010

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

co476.sch