## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

        Plaintiff,                        No. CIV S-08-0476 JAM GGH P

  vs.

CARLOS CABRERRA, et al.,

                                    **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.          **AD TESTIFICANDUM**

        William Thomas Coats, inmate # F-97267, a necessary and material witness in proceedings in this case on July 29, 2010, is confined in High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd to appear by video conference at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, September 2, 2010 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Dale A. Drozd; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, High Desert State Prison, P. O. Box 750, Susanville, California 96127:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Drozd by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 17, 2010

                                                                 /s/ Gregory G. Hollows

                                                                United States Magistrate Judge

coat0476.841