IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                    No. CIV S-08-0476 JAM GGH P

    vs.

CARLOS CABRERRA, et. al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983. This case will be referred to Magistrate Judge Dale A. Drozd to conduct a settlement conference on September 2, 2010, at 10:00 a.m. in Courtroom #27.  Plaintiff is to appear by video conference at the institution.

        A separate order and writ of habeas corpus ad testificandum will issue with this order.

        In accordance with the above,  IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference before Magistrate Judge Dale A. Drozd on September 2, 2010, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #27.

1

1    2. Parties shall appear with full settlement authority.

2    3. Defendant parties are to provide confidential settlement conference statements to the following email address: dadorders@caed.uscourts.gov  so they arrive no later than August 26, 2010.   Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

   4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at High Desert State Prison via facsimile at (530) 251-5031.

DATED: June 17, 2010

/s/ Gregory G. Hollows
_____
U.S. MAGISTRATE JUDGE

coat0476.med