IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

     Plaintiff,                     No. CIV S-08-0476 JAM GGH P

     vs.

MCGUINESS, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 28, 2010, plaintiff filed his eighth request for the appointment of counsel. Plaintiff's previous requests were filed on June 2, 2008, June 11, 2008, July 16, 2008, July 23, 2008, November 12, 2009, March 17, 2010 and April 14, 201. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 28, 2010 request (Docket No. 138) is denied.

DATED: July 8, 2010

                                      /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:md
coat0476.31.thr