IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM THOMAS COATS,

    Plaintiff,                    No. CIV S-08-0476 JAM GGH P

    vs.

MCGUINESS, et al.,

    Defendants.               <u>ORDER</u>

                                /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. Trial scheduled for September 27, 2010. On June 11, 2010, the undersigned issued a Pretrial Order and provided plaintiff 14 days to provide a list of the exhibits he intends to use at trial. Plaintiff submitted a list of proposed exhibits and then an amendment adding one more proposed exhibit. Docs. 143, 146.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (Doc. 146) is granted and plaintiff's exhibit lists (Docs. 143, 146) be deemed plaintiff's proposed exhibits for trial.

DATED: July 20, 2010

                                      /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:ab
coat0476.ord4