1   RANDOLPH CREGGER & CHALFANT LLP
    Robert  L. Chalfant, State Bar No. 203051
2   Wendy Motooka, State Bar No. 233589
    1030 G Street
3   Sacramento, California 95814
    Telephone:  (916) 443-4443
4   Facsimile:    (916) 443-2124

5   Attorneys for Defendants
    DEPUTY CARLOS CABRERA,
6   DEPUTY JARRED HAILEY

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIAM THOMAS COATS,                    No. 2:08-CV-00476 JAM GGH P

12              Plaintiff,                   **STIPULATION FOR
                                             DISMISSAL; ORDER**
13      vs.                                  **THEREON**

14  SHERIFF JOHN McGUINESS, DEPUTY CARLOS
    CABRERRA, DEPUTY JARROD HAILEY,
15
                Defendants.
16  _____/

17      IT IS HEREBY STIPULATED by and between the parties to this action that the above-

18  captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party

19  is to bear its own costs and attorneys' fees.

20  Dated: September 14, 2010

                                /s/ William Thomas Coats
21                              WILLIAM THOMAS COATS
                                Plaintiff in Pro Per
22

23  Dated: September 20, 2010    RANDOLPH CREGGER & CHALFANT LLP

24
                                /s/ Robert L. Chalfant
25                              ROBERT L. CHALFANT
                                Attorneys for Defendants DEPUTY CARLOS CABRERA,
26                              DEPUTY JARRED HAILEY

**Randolph
Cregger &
Chalfant**

                                          1
    _____
    STIPULATION FOR DISMISSAL; ORDER THEREON

1

**ORDER**

2          IT IS SO ORDERED.

3

4     Dated: 9/20/2010                          /s/ John A. Mendez
                                                JOHN A. MENDEZ
5                                               UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Randolph
Cregger &** 25
**Chalfant**

26

2

STIPULATION FOR DISMISSAL; ORDER THEREON

## PROOF OF SERVICE

**CASE:**   WILLIAM THOMAS COATS v. JOHN McGUINESS, et al.
**NO:**   U. S. District Court, Eastern District of California, No. 2:08cv476 JAM GGH P

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION FOR DISMISSAL; ORDER THEREON** on all parties in said action as addressed below by causing a true copy thereof to be:

xx   **placed in a sealed envelope** with first class postage thereon fully
        prepaid in the designated area for outgoing mail:

__   **delivered by hand**:

__   **telecopied by facsimile**:

__   **express mailed**:

Plaintiff in Pro Per
William Thomas Coats
No. F-97267, B-4, 140-L
High Desert State Prison
P. O. Box 3030, B-4-140-L
Susanville, CA 96127-3030
*LEGAL MAIL*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 20, 2010, at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

**Randolph
Cregger &
Chalfant**

3

STIPULATION FOR DISMISSAL; ORDER THEREON